```
Gregory J. Doan Bar# 165174
Doan Law Offices, LLP
635 Camino De Los Mares, Suite 100
San Clemente, CA 92673
Tel: (949) 472-0600
Fax: (949) 472-5441
```

**FILED & ENTERED**

AUG 07 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>　　GARY ALAN MESSICK<br>and<br><br>　　PATRICIA RAMOS MESSICK<br><br>Debtors. | Case No. 6:09-bk-23573-MJ<br><br>ORDER STRIPPING LIEN OF INDYMAC BANK, FSB (successor ONEWEST BANK, FSB) ON REAL PROPERTY<br><br>Date: 07/27/2009<br>Time: 1:30 p.m.<br>Court: 302 |

On 07/27/2009, at 1:30 p.m., the motion of the debtors, Gary and Patricia Messick, for an Order stripping the lien of IndyMac Bank, FSB (successor OneWest Bank, FSB) on the debtors' personal residence at 6537 Branch Court, Corona, CA 92880, came on regularly for hearing. Hon. Judge Jury found the fair market value of debtors' residence at the time of the filing of the petition was $420,000.00 based on the evidence provided. Further, Judge Jury found the first mortgage of IndyMac Bank, FSB (OneWest Bank, FSB) secured to the property in the amount of

**Order Stripping Lien of IndyMac Bank, FSB (OneWest Bank, FSB)**

1 $624,000.00, an amount that is more than the value of the
2 residence thereby making the second trust deed of IndyMac Bank
3 (OneWest Bank, FSB) wholly unsecured or stripped.  There was no
4 appearance by any other party, nor was any opposition to the
5 debtors' motion filed with the Court.

6    The IndyMac Bank, FSB (OneWest Bank, FSB) second lien and
7 claim are described as follows: Promissory Note, dated
8 01/25/2007, in the original principal amount of $ 117,000.00;
9 and Deed of Trust recorded on 02/02/2007, as Document # 2007-
10 0080197, in the Office of the Recorder of the County of
11 Riverside, CA.

12    Based upon findings of fact and conclusions of law stated
13 orally and recorded in open court pursuant to Fed. R. Civ. P.
14 52(a)(1), as incorporated into Fed. R. Bankr. P. 7052 and made
15 applicable to contested matters by Fed. R. Bankr. P. 9014(c), it
16 is:

17    ORDERED that the lien and claim of IndyMac Bank, FSB
18 (OneWest Bank, FSB), as described above, are determined to be
19 completely unsecured in this Chapter 13 case; and it is further,

20    ORDERED that upon completion of all plan payments and entry
21 of a discharge in this case pursuant to 11 U.S.C. §1328, the
22 lien will be void and not constitute an encumbrance on the
23 following described property:

24     6537 Branch Ct, Corona, California 92880-0804. This
        property is more particularly described as follows:
25      LOT NUMBER: 46; TRACT: 28880-2, as per maps in the
        office of the Recorder of the County of Riverside, CA.
26

**Order Stripping Lien of IndyMac Bank, FSB (OneWest Bank, FSB)**

And it is further,

ORDERED that the lien and any corresponding proof of claim shall be treated as a general unsecured creditor receiving nothing under the chapter 13 plan; and it is further,

ORDERED that upon completion of all plan payments and entry of a Chapter 13 discharge in this case, IndyMac Bank, FSB (OneWest Bank, FSB) and its successors and assigns are requested to reconvey the Deed of Trust and otherwise take such steps as are required to clear title, free of said lien, as to the above described property; and it is further,

ORDERED that should this case be dismissed or converted to another chapter under title 11 prior to completion of all plan payments and entry of a discharge pursuant to 11 U.S.C. §1328, the lien shall remain valid.

####

DATED: August 7, 2009

United States Bankruptcy Judge

**Order Stripping Lien of IndyMac Bank, FSB (OneWest Bank, FSB)**

| In re:<br><br>IndyMac Bank, FSB (OneWest Bank, FSB) | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 6:09-bk-23573-MJ |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER STRIPPING LIEN OF INDYMAC BANK, FSB (successor ONEWEST BANK, FSB) ON REAL PROPERTY
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of        08/05/2009                        , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re: | | CHAPTER: 13 |
|---|---|---|
| IndyMac Bank, FSB (OneWest Bank, FSB) | Debtor(s). | CASE NUMBER: 6:09-bk-23573-MJ |

**ADDITIONAL SERVICE INFORMATION** (if needed):

```
Served Electronically          Served by U.S. Mail

                               OneWest Bank, FSB
Rod Danielson                  (Formerly IndyMac Bank, FSB)
Ch 13 Trustee                  c/o Terry Laughlin (CEO)
images@rodan13.com             888 East Walnut Street
                               Pasadena, CA 91101-7211
Peter C. Anderson
United States Trustee (RS)     IndyMac Bank, FSB
ustpregion16.rs.ecf@usdoj.gov  C/O Corporation Service Company
                               2730 Gateway Oaks Drive, Suite #100
                               Sacramento, CA 95833
```

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**